RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 0 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

ALEXIS JAMES TRAMMELL

    Petitioner,

v.

FYR SFR BORROWER LLC

    Respondent,

FEDERAL COURT
CASE NO.:

STATE COURT
CASE NO.: 19D77883

**1:19-CV-2120**

---

### PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT, ALEXIS JAMES TRAMMELL, hereby files this Petition for Removal in the United States District Court for the Northern District of Georgia Atlanta Division of the above stated case number, **19D77883**, in the State Court of Dekalb County Georgia in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Dekalb County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, FYR SFR BORROWER, LLC., is registered in the State of Delaware, and is attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable pursuant to 28

U.S.C. 1441(b). The United States Court for the Northern District of Georgia, Atlanta Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT, ALEXIS JAMES TRAMMELL requests that this action be removed to the United States District Court for the Northern District of Georgia.

Respectfully submitted,

ALEXIS JAMES TRAMMELL
PRO SE PETITIONER

Alexis James Trammell
2864 Vining Ridge Terrace
Decatur, GA 30034

19D77883

FYR SFR Borrower LLC

Plaintiff's Name and Address                                    vs.

Alexis James Trammell, And All Other Occupants
2864 VINING RIDGE TER
Decatur, GA 30034

Defendant's Name and Address

**MAGISTRATE COURT OF DEKALB COUNTY**

## DISPOSSESSORY WARRANT

Plaintiff's Attorney and Address

Ga. Bar No: 798589

Atty: Matthew Totten
, 3780 Mansell Rd. Suite 140
Alpharetta, GA. 30022

DP#: 887761

Personally appeared the undersigned who upon oath says that he is AGENT for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.

**FURTHER:**
- ☑ That said tenant fails to pay rent now due thereon;
- ☐ That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
- ☐ That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $929.00   Apr
(b) rent accruing up to the date of judgment or vacancy at the rate of $ $929.00                    per  month
        Plaintiff Seeks Possession + 15% Attorney Fee Added if not Paid + $63.00 Court Cost + $450.00 Consq Exp
(c) other $892.46 Previous Balance.

*By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleadings(s) are true and correct.*

Affiant: /s/ Hollie Williams                                   Date: Apr 24th 2019

**SUMMONS**

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia with-in seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally. If such answer is not made to said affidavit on or before the __6__ day of __May__, 20 __19__, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.   **Witness, the Honorable Berryl A. Anderson of said Court**

Sworn to, subscribed and filed before me, this

_____, 20_____   By: _____ Deputy Clerk

**AFFIDAVIT OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
- ☐ Personally                    ☐ Defendant not found in the jurisdiction of this Court
- ☐ To a person sui juris residing on the premises (Name) _____
    Age _____ Wt. _____ Ht. _____
- ☒ By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant (s) to answer at the place stated in said summons.

DATE OF SERVICE   4/29/2019           Sworn to before me _____